UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
SEP 25 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                INDICTMENT NO. 6:25-Cr-80-REW

ROGER W. STONE,
    aka SQUIRREL

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about August 14, 2025, in Knox County, in the Eastern District of Kentucky,

**ROGER W. STONE,
aka SQUIRREL,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841.

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about August 20, 2025, in Laurel County, in the Eastern District of Kentucky,

**ROGER W. STONE,
aka SQUIRREL,**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

███████████████

FOREPERSON

_____
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

# PENALTIES

## COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release.

## COUNT 2:

Not less than 5 years and not more than 40 years, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.